### HELEN D. LEGNOS *v.* PETER J. LEGNOS

The plaintiff's petition for certification for appeal from the Appellate Court, 70 Conn. App. 349 (AC 20492), is denied.

SULLIVAN, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.

*Nicholas J. Gorra*, in support of the petition.

Decided July 17, 2002

◼

### STATE OF CONNECTICUT *v.* ANDRZEJ CZYZEWSKI

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 297 (AC 20978), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Jon L. Schoenhorn*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided July 17, 2002